UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22970-GAYLES/TORRES

CARLOS RODRIGUEZ-PENA,

    Plaintiff,

vs.

THE GLASS DOOR COMPANY, INC
D/B/A DOORS 22 AND LEON BELL,

    Defendants.
_____/

## **NOTICE OF CHANGE OF EMAIL ADDRESS**

    Toussaint M. Cummings, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Carlos Rodriguez-Pena, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 27th day of September 2021.

                                                   s/Toussaint M. Cummings, Esq.
                                                   Toussaint M. Cummings, Esq. (119877)
                                                   toussaint@fairlawattorney.com
                                                   FAIRLAW FIRM
                                                   135 San Lorenzo Avenue
                                                   Suite 770
                                                   Coral Gables, FL 33146
                                                   Tel:    305.230.4884
                                                   *Counsel for Plaintiff(s)*