UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22970-GAYLES/TORRES

CARLOS RODRIGUEZ-PENA,

    Plaintiff,

vs.

THE GLASS DOOR COMPANY,
INC D/B/A DOORS 22 AND
LEON BELL,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

    Plaintiff, Carlos Rodriguez-Pena, notices the Court and all parties of his striking Plaintiff's Certificate of Interested Parties [ECF No. 8] as having been filed in error, document not related to case.

    Dated this 27th day of September, 2021.

                                                    Respectfully submitted,

                                                  Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Ave,
                                                  Suite 770
                                                  Miami, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*

1